```
 1  MCGREGOR W. SCOTT
    United States Attorney
 2  KIRK E. SHERRIFF
    Assistant United States Attorney
 3  2500 Tulare Street, Suite 4401
    Fresno, CA   93721
 4  Telephone:  (559) 497-4000
    Facsimile:  (559) 497-4099
 5
    Attorneys for Plaintiff
 6  United States of America
```

SEALED — FILED DEC 20 2018 CLERK, U.S. DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ANA CRISTINA QUIÑONEZ<br><br>    Defendant. | CASE NO. 1:18 CR 00278 DAD BAM<br><br>MOTION AND PROPOSED ORDER TO SEAL INDICTMENT |

The government moves the Court, pursuant to Rule 6(e)(4) of the Federal Rules of Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury on December 20, 2018, charging the above defendant with 21 U.S.C. § 841(a)(1) and criminal forfeiture allegations, be kept secret and under seal until the defendant named in this Indictment is either in custody or has been given bail on this offense; and further order that until such time as the defendant is in custody or has been given bail, that no person shall disclose the findings of the Indictment or any warrant issued

pursuant thereto, except when necessary for the issuance and execution of the warrant.

DATED: December 20. 2018

Respectfully submitted,

MCGREGOR W. SCOTT
United States Attorney

By /s/ Kirk W. Sherriff
KIRK W. SHERRIFF
Assistant U.S. Attorney

IT IS SO ORDERED.

Dated: December 20, 2018

/s/ Sheila K. Oberto
U.S. Magistrate Judge