MCGREGOR W. SCOTT
United States Attorney
KIRK E. SHERRIFF
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

**FILED**
MAR 1 8 2019
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:18-CR-00278 DAD BAM |
|---|---|
| Plaintiff, | MOTION AND PROPOSED ORDER TO UNSEAL INDICTMENT |
| v. | |
| ANA CRISTINA QUINONEZ | |
| Defendant. | |

On December 20, 2018 the court ordered that the indictment in this case be sealed pursuant to Rule 6(e)(4) of the Federal Rules of Criminal Procedure until the defendant was either in custody or had been given bail on this offense. As the defendant has now been arrested on this offense, the government moves to unseal the indictment and other filings in this case.

DATED: March 18, 2019          Respectfully submitted,

                               MCGREGOR W. SCOTT
                               United States Attorney

                        By     /s/ Kirk E. Sherriff
                               KIRK E. SHERRIFF
                               Assistant U.S. Attorney

Motion to Unseal Indictment                  1

IT IS SO ORDERED.

Dated: March 18, 2019

/s/ Sheila K. Oberto
Hon. Sheila K. Oberto
United States Magistrate Judge