RICHARD M. OBERTO
ATTORNEY AT LAW
State Bar No. 247285
516 W. Shaw Ave. Ste 200
Fresno, California 93704
Telephone: (559) 221-2557

Attorney for Defendant,
Ana Cristina Quinonez

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 1:18-cr-00278-DAD-BAM |
| *Plaintiff,* | ) |
| v. | ) WAIVER OF DEFENDANT'S PERSONAL ) PRESENCE PURSUANT TO FEDERAL ) RULES OF CRIMINAL PROCEDURE, |
| ANA CRISTINA QUINONEZ, | ) RULE 43(b)(3); ORDER |
| *Defendant.* | ) |

**TO THE ABOVE ENTITLED COURT AND ALL PARTIES OF RECORD:**

The defendant ANA CRISTINA QUINONEZ ("Ms. Quinonez") has been advised of her right to be personally present at all stages of the court proceedings in the above entitled action against her. Ms. Quinonez hereby waives her right to be present for proceedings that involve only a conference or a hearing on a question of law pursuant to Federal Rules of Criminal Procedure, Rule 43, subdivision (b)(3).

Pursuant to this waiver, Ms. Quinonez requests that the court allow her interests to be represented by the presence of her attorney, Richard M. Oberto, and she agrees that her interests shall be represented the same as if she were personally present. Ms. Quinonez agrees that notice to her attorney that her personal presence is required for a proceeding at a specific time and place will be deemed notice to Ms. Quinonez of the requirement of her personal presence.

| | |
|---|---|
| DATED: 8/20/2019 | /s/ Ana Cristina Quinonez |
| | ANA CRISTINA QUINONEZ |
| | Defendant |
| | *Original signature retained by attorney Richard M. Oberto* |
| DATED: 9/11/2019 | /s/ Richard M. Oberto |
| | RICHARD M. OBERTO |
| | Attorney for defendant, |
| | Ana Cristina Quinonez |
| | *Original signature retained by attorney Richard M. Oberto* |

## O R D E R

**IT IS HEREBY ORDERED** that the personal presence of defendant ANA CRISTINA QUINONEZ is not required for proceedings that involve only a conference or a hearing on a question of law pursuant to Federal Rules of Criminal Procedure, Rule 43, subdivision (b)(3).

IT IS SO ORDERED.

Dated: **September 13, 2019**          /s/ Barbara A. McAuliffe
                                    UNITED STATES MAGISTRATE JUDGE