RICHARD M. OBERTO
ATTORNEY AT LAW
State Bar no. 247285
516 W. Shaw Ave. Ste 200
Fresno, California 93704
Telephone: (559) 221-2557

Attorney for Defendant,
Ana Cristina Quinonez

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 1:18-cr-00278-DAD-BAM |
|---|---|
| Plaintiff, | ) STIPULATION TO MODIFY |
|  | ) CONDITIONS OF PRETRIAL RELEASE |
| v. | ) AND VACATE HEARING ON MOTION |
|  | ) TO MODIFY CONDITIONS OF PRETRIAL |
| ANA CRISTINA QUINONEZ, | ) RELEASE; AND ORDER |
| Defendant. | ) |

**TO THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA:**

The parties are hereby stipulating that the pretrial release conditions of the defendant ANA CRISTINA QUINONEZ ("Ms. Quinonez") should be modified to delete the home detention requirement and substitute instead the condition that Ms. Quinonez be restricted to her residence as directed by the Pretrial Services Office or Supervising Pretrial Services Officer. (*See* Order Setting Conditions of Release, filed 6/18/19, Additional Conditions of Release, Condition no. 7(l).) The modification would replace the present home detention requirement with what is in effect a curfew condition to be determined by the Pretrial Services Office. Ms. Quinonez would remain on location monitoring, but would be subject to a curfew, rather than home detention.

The parties have consulted with Ms. Quinonez's Pretrial Services Officer, Frank Guerrero, regarding the present stipulation. The parties agree that the stipulated modification is justified by Officer Guerrero's assessment of Ms. Quinonez's performance on pretrial release. (*See* Motion to Modify Conditions of Pretrial Release, ECF 43, filed 12/11/20, 2:15-25.) All other terms and conditions of pretrial release not in

1

conflict with the modification should remain in full force and effect.

Should the court accept the present stipulation and proposed order, the parties agree that the motion hearing scheduled for January 4, 2021, would be unnecessary and should be vacated.

It is so stipulated.

DATED: 12/18/20          /s/Kirk E. Sherriff
                         KIRK E. SHERRIFF
                         Assistant United States Attorney

DATED: 12/18/20          /s/Richard M. Oberto
                         RICHARD M. OBERTO
                         Attorney for Defendant,
                         Ana Cristina Quinonez

# **O R D E R**

**IT IS HEREBY ORDERED**, for good cause showing, that the pretrial release conditions of the defendant ANA CRISTINA QUINONEZ ("Ms. Quinonez") be modified to delete the home detention requirement and substitute instead the condition that Ms. Quinonez be restricted to her residence as directed by the Pretrial Services Office or Supervising Pretrial Services Officer. All other conditions of pretrial release not in conflict with this order shall remain in full force and effect. The motion hearing on Ms. Quinonez's "Motion to Modify Conditions of Pretrial Release" (ECF 43) scheduled for January 4, 2021, is ordered vacated.

IT IS SO ORDERED.

Dated:   **December 21, 2020**            /s/ Barbara A. McAuliffe
                                         UNITED STATES MAGISTRATE JUDGE